HMK/jb ao 7775

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
COMMERCIAL METALS COMPANY,

        Plaintiff,               07 CV 3621 (CM)
                                            ECF CASE

   -against-

M/V TAI BAI HAI, her engines, boilers,        **RULE 7.1 STATEMENT**
tackle, etc., COSCO BULK CARRIER CO.
LTD., (COSCO BULK),

        Defendants.
-------------------------------------------------------------X

     PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   COMMERCIAL METALS COMPANY

Dated: May 7, 2007

                              KINGSLEY, KINGSLEY & CALKINS
                              Attorneys for Plaintiff

                              BY:___/S/_____
                                 HAROLD M. KINGSLEY
                                 91 W. Cherry Street
                                 Hicksville, New York 11801
                                 (516) 931-0064    HK8660