UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| COMMERCIAL METALS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>M/V TAI BAI HAI, her engines, boilers, tackle, etc., COSCO BULK CARRIER CO LTD., (COSCO BULK),<br><br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 3621 (CM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**6th day of June, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**7th day of May, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 297 895 US



CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 23, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: 'ALS COMPANY v.
    : al.

Complaint on the following defendant
Civil Procedure Rule 4: (f)(2)(c)(ii):

Co. Ltd (COSCO BULK))
hipping Building
i Qu,

ours,

HMK/mhb
Encl.

---

**Receipt for Registered Mail** (PS Form 3806, June 2002)

Registered No. RB432297895US

| Reg. Fee | $10.1? |
| Handling Charge | $0.00 |
| Return Receipt | $2.15 |
| Postage | $1.80 |
| Restricted Delivery | $0.00 |
| Received by | [signature] |
| Customer Must Declare Full Value | $0.00 |

Date Stamp: 0004 01 06/06/07

FROM:
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801

TO:
COSCO BULK CARRIER CO. LTD (COSCO BULK)
ROOM 901A, Ocean Shipping Bldg.
1, Ocean Plaza, Hebei Qu,
Tianjin, 30010, China

For delivery information, visit our website at www.usps.com