HMK/jb AO 7775

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
COMMERCIAL METALS COMPANY,

            Plaintiff,                     07 CV 3621 (CM)
                                                           ECF CASE
  -against-

M/V TAI BAI HAI, her engines, boilers,          **VOLUNTARY**
tackle, etc., COSCO BULK CARRIER CO.      **DISMISSAL**
LTD., (COSCO BULK),

            Defendants.
----------------------------------------------------------X

     No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  July 3, 2007

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiff

                                            BY: _____
                                            HAROLD M. KINGSLEY
                                            91 W. Cherry Street
                                            Hicksville, New York 11801
                                            (516) 931-0064