HMK/jb AO 7775

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COMMERCIAL METALS COMPANY,

        Plaintiff,

  -against-

M/V TAI BAI HAI, her engines, boilers,
tackle, etc., COSCO BULK CARRIER CO.
LTD., (COSCO BULK),

        Defendants.
------------------------------------------------------------X

07 CV 3621 (CM)
ECF CASE

**VOLUNTARY DISMISSAL**

No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 3, 2007

        KINGSLEY, KINGSLEY & CALKINS
        Attorneys for Plaintiff

        BY: _____
        HAROLD M. KINGSLEY
        91 W. Cherry Street
        Hicksville, New York 11801
        (516) 931-0064

SO ORDERED:
_____
Hon. Colleen McMahon
United States District Judge

7-10-07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07